# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC48 | E 1914001 | DALES, D | 27437 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/18/2024 | 18 USC 39B(b) |

**Place of Offense:** 4105 E. WILLOW ST., LONG BEACH, CA

**Offense Description: Factual Basis for Charge** HAZMAT ☐

UNSAFE OPERATION OF UNMANNED AIRCRAFT IN A RUNWAY EXCLUSION ZONE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| KENADY | SHAUN | D |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov
$ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** ROYBAL FEDERAL BUILDING, 255 E. TEMPLE ST., 3RD FLR, LOS ANGELES, CA 90012

**Date:** 2/19/2025
**Time:** 8:45 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1914001*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on DEC 18, 20 24 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED DOCUMENT

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/23/2025
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident